IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KENNETH J. NELSON     PLAINTIFF

V.     CASE NO.: 5:17-CV-5262

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration     DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 14) filed in this case on November 13, 2018, by the Honorable Erin L. Wiedemann, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. §405(g).

IT IS SO ORDERED on this 28th day of November, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE